IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNUM LIFE INSURANCE COMPANY OF AMERICA INC,

    Plaintiff,

v.                              CASE NO. 1:05-cv-00200-MP-AK

BARBARA BULLOCK,

    Defendant.

_____/

### **O R D E R**

This matter is before the Court on Doc. 6, Notice of Voluntary Dismissal by Unum Life Insurance Company of America Inc. In the notice, the plaintiff indicates that the parties have amicably resolved all claims. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. This case is dismissed with prejudice, and the Clerk is directed to close the file.

2. The Court will retain jurisdiction for 60 days to ensure that settlement is effected.

**DONE AND ORDERED** this  *2nd*  day of March, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge